```
 1  LAW OFFICES OF BILL LATOUR
    BILL LATOUR [CSBN: 169758]
 2       1420 E. Cooley Dr., Suite 100
 3       Colton, California 92324
         Telephone: (909) 796-4560
 4       Facsimile:  (909) 796-3402
 5       E-Mail: Bill.latour@verizon.net
 6
 7  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MICHAEL NUNEZ, | No.  EDCV 10-9437 FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED AND NINTY DOLLARS AND 00/100 ($1,790.00) subject to the terms of the stipulation.

    DATE:  October 18, 2011

                    /S/ FREDERICK F. MUMM

                HON. FREDERICK F. MUMM
                UNITED STATES MAGISTRATE JUDGE